# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Information No. |
| | : | 1:22-CR-00133-ELR-JKL |
| EBONY NICOLE MAYFIELD | : | |

## MOTION TO MODIFY TERMS OF SUPERVISED RELEASE

COMES NOW, Ebony Mayfield, by and through undersigned counsel, respectfully requests that this Court modify the terms of her probation to: (1) allow her to travel to the Northern District of Georgia; (2) allow her to travel to the Southern District of Florida; and (3) allow her to use her current credit card(s) for daily living expenses. Ms. Mayfield's request is made pursuant to 18 U.S.C. § 3583(e)(2). In support of her request, Ms. Mayfield shows the Court:

1.

On 11/2/22, the Court placed the Defendant on probation for a term of three (3) years.

2.

Since that time, Ms. Mayfield has reported to probation in the Southern District of Texas (Houston) where she resides. Probation has advised Ms. Mayfield that she cannot use her pre-existing credit cards to pay

for any expenses while on probation. In addition, probation has not allowed her to travel outside the county of her residence.

3.

Ms. Mayfield is asking this Court to allow her to travel throughout the Southern District of Texas, the Northern District of Georgia and the Southern District of Florida. Ms. Mayfield works in these three districts and derives her income from working different jobs in these districts.

4.

Ms. Mayfield is also asking this Court to allow her the ability to use her pre-existing credit cards for her day to day life. Being limited to using cash or check is not feasible in today's world. Ms. Mayfield will not be obtaining any new credit cards or lines of credit.

5.

Pursuant to 18 U.S.C., Section 3583(e)(2), the Court has the authority to modify the conditions of supervised release. *Id*.

6.

Counsel has spoken to AUSA Garrett Bradford and he has no objection to Ms. Mayfield's request.

For the within and foregoing reasons, the Defendant urges the Court to grant this motion.

This the 16th day of November, 2022.

/s/ Manubir S. Arora\_\_\_\_
MANUBIR S. ARORA
Attorney for Defendant
Georgia Bar No. 061641

Arora Law, LLC
75 W. Wieuca Rd. NE
Atlanta, GA 30342
404-609-4664

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Information No. |
| | : | 1:22-CR-00133-ELR-JKL |
| EBONY NICOLE MAYFIELD, | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I filed a copy of the within and foregoing **MOTION TO MODIFY TERMS OF SUPERVISED RELEASE** upon Garrett Bradford, Esq., Assistant United States Attorney, via the federal e-filing system.

This the 16th day of November, 2022.

/s/ Manubir S. Arora
MANUBIR S. ARORA
Attorney for Defendant
Georgia Bar No. 061641

Arora Law, LLC
75 W. Wieuca Rd. NE
Atlanta, GA 30342
404-609-4664