# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| Plaintiff, | : | CRIMINAL ACTION NO. |
| v. | : | |
| | : | 1:22-CR-00133-ELR |
| EBONY NICOLE MAYFIELD, | : | |
| Defendant. | : | |

## *Order*

Having considered the *Motion to Modify Terms of Supervised Release* and for the reasons set forth therein, the motion is hereby **GRANTED**. There is no objection by the government. Defendant Mayfield will be permitted to travel to the Northern District of Georgia and to the Southern District of Florida for work, but must notify her supervising U.S. Probation Officer prior to each such instance of travel, and will be permitted to use her current credit card(s) for daily expenses. All other bond conditions remain in place.

So ordered, this 21st day of November, 2022.

_____
Eleanor L. Ross
United States District Judge

Prepared by:
Manubir Arora
Attorney for Defendant Mayfield